UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 06-22105-CIV-King/Garber

NAEL AUGUSTIN, a minor, by and through his parents
and natural guardians, JEAN JONAS AUGUSTIN and
MARIE GLADYS MAINGOT,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., a Bermuda company,

    Defendant.
_____/

### AGREED ORDER ON DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO DISMISS

THIS CAUSE having come before this Court on Defendant's Motion for More Definite Statement and Motion to Dismiss and the Court being advised of the parties' agreement and of the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant's Motion for More Definite Statement is hereby GRANTED without prejudice. Plaintiff is granted time to file an Amended Complaint as to Count I within 15 days from the date of this Order.

2. Defendant's Motion to Dismiss Count II is GRANTED with prejudice.

DONE AND ORDERED at Chambers in Miami-Dade County, Florida this _11_ day of October, 2006.

                                                                                                      _/s/ James Lawrence King_
                                                                                          UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Thomas J. Gibbons, Esq.
Mark David Press, Esq.